United States District Court
Southern District of Texas
**ENTERED**
November 02, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Ibrahim Mahmood Juboori, § § § Plaintiff, § v. § § § CIVIL ACTION NO. H-23-0158 Ur Mendoza Jaddou, et al., § § § Defendants. § | |

### FINAL JUDGMENT

In accordance with the Court's Order of Dismissal, this action is **DISMISSED WITHOUT PREJUDICE**.

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 2nd day of November, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE